**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

NAC FOUNDATION, LLC,

      Plaintiff,

vs.

COREY JODOIN,

      Defendant.

2:16-cv-01039-GMN-VCF

**ORDER**

Before the Court is Plaintiff's *Ex Parte* Application for Limited Early Discovery (ECF No. 12). Defendant Corey Jodoin has made an appearance in this matter. (ECF No. 11). Plaintiff filed the instant motion as *ex parte* but has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure.

Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to Defendant.

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's *Ex Parte* Application for Limited Early Discovery (ECF No. 12) must be filed on or before August 2, 2016. No reply necessary.

The Clerk of Court is directed to remove the *ex parte* status on Plaintiff's *Ex Parte* Application for

///

///

///

///

Limited Early Discovery (ECF No. 12) and email a copy of the instant motion to Defendant Jodoin.

DATED this 26th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE