# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NAC FOUNDATION, LLC, | |
| Plaintiff, | 2:16-cv-01039-GMN-VCF |
| vs. | **ORDER AND REPORT AND** |
| COREY JODOIN, | **RECOMMENDATION** |
| Defendant. | MOTION TO WITHDRAW AS COUNSEL (ECF NO. 37) |

Before the Court is the motion of Eric R. Olsen and Michael R. Esposito of the law firm Garman Turner Gordon, LLP ("GTG") to withdraw as counsel of record for Plaintiff NAC Foundation, LLC. (ECF No. 37). For the reasons discussed below, GTG's motion is granted. The Court also recommends dismissing this case with prejudice.

GTG moved to withdraw as counsel based on NAC Foundation's failure to fulfill obligations to GTG in this case. (*Id.* at 1-3). No opposition has been filed. The Court set a hearing for this motion and "ordered that a managing member of NAC Foundation, LLC must attend the hearing." (ECF No. 38). Though Mr. Olsen spoke to Marcus Andrade, a managing member of NAC Foundation, about the hearing, no representative of NAC Foundation attended the November 14, 2017 hearing.

Because GTG has provided notice to NAC Foundation and opposing counsel of its motion to withdraw and no opposition has been filed, the Court grants GTG's motion. LR IA 11-6(b). NAC Foundation has not fulfilled its obligations to GTG and the withdrawal will not delay the case. *See* Nevada Rule of Professional Conduct 1.16(b). In addition, under LCR 47-3, "[t]he failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion."

1   The Court also recommends that this case be dismissed with prejudice. "Corporations and other
2   unincorporated associations must appear in court through an attorney." *In re Am. W. Airlines*, 40 F.3d
3   1058, 1059 (9th Cir. 1994) (per curiam). NAC Foundation has no counsel in this case. In addition, "Courts
4   have inherent power in the interest of the orderly administration of justice and under Rule 41(b), FRCP,
5   to dismiss for disobedience of its orders." *In re "Santa Barbara Like It Is Today" Copyright Infringement
6   Litig.*, 94 F.R.D. 105, 108 (D. Nev. 1982). The Court ordered a managing member of NAC Foundation
7   to appear at the November 14, 2017 hearing, yet no representative attended.

8   Accordingly, and for good cause shown,

9   IT IS HEREBY ORDERED that GTG's Motion to Withdraw as Counsel of Record (ECF No. 37)
10  is GRANTED.

11  IT IS HEREBY RECOMMENDED that this case be DISMISSED WITH PREJUDICE for NAC
12  Foundation's failure to maintain counsel and obey the Court's orders.

13  The Clerk of Court is directed to mail a copy of this order the following addresses:

NAC Foundation, LLC
c/o Marcus Andrade
7495 W. Azure, Suite 110
Las Vegas, Nevada 89130

NAC Foundation, LLC
c/o Robert C. Harris, Registered Agent
564 Wedge Lane
Fernley, NV 89408

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist*., 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action**. *See* LSR 2-2.

DATED this 14th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE