**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAC FOUNDATION, LLC, | )<br>) |
| Plaintiff, | ) Case No.: 2:16-cv-01039-GMN-VCF |
| vs. | )<br>) **ORDER** |
| COREY JODOIN, | )<br>) |
| Defendant. | ) |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach, (ECF No. 40), which recommends that Plaintiff NAC Foundation, LLC's case be dismissed with prejudice for failure to maintain counsel and obey the Court's orders.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 40), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED with prejudice** for NAC Foundation's failure to maintain counsel and obey the Court's orders.

**IT IS FURTHER ORDERED** that all remaining motions (ECF Nos. 41, 43, and 44) are **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk's Office shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that the Clerk's Office shall send a copy of this order and the judgment to the Plaintiff at the following addresses:

NAC Foundation, LLC

c/o Marcus Andrade

7495 W. Azure, Suite 110

Las Vegas, Nevada 89130


NAC Foundation, LLC

c/o Robert C. Harris, Registered Agent

564 Wedge Lane

Fernley, NV 89408


**DATED** this \_\_\_\_2\_\_\_\_ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court